IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darryl L. Cook, | ) |
|       Plaintiff, | ) C/A No. 0:13-01636-RMG |
| vs. | ) **ORDER** |
| United States of America, | ) |
|       Defendant. | ) |

    Plaintiff, while an inmate at Estill Federal Correctional Institution, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. By Order dated June 21, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. The time to bring this case into proper form now has lapsed.

    Plaintiff has failed to comply with an order of this Court. This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    **IT IS SO ORDERED.**

                                                 Richard M. Gergel
                                                 United States District Judge

August __6__, 2013
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**

    The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.